In the Matter of the Application of CHARLES H. DONAHUE and Seventy-nine Others, Appellants, for a Mandamus Order against THE COMMISSIONERS OF THE BOARD OF ELECTIONS, BOROUGH OF MANHATTAN, CITY OF NEW YORK, and the CHAIRMAN OF THE BOARD OF ELECTIONS FOR THE SECOND ELECTION DISTRICT, FOURTH ASSEMBLY DISTRICT, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE CITY OF NEW YORK, Plaintiff, v. FIFTH AVENUE COACH COMPANY, Defendant.— Reargument ordered for November 9, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of VEREINIGTE ULTRAMARINFABRIKEN, Respondent, v. HARRY P. HOUGH and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ARTHUR O'BRIEN, Respondent, v. LUCKENBACH STEAMSHIP COMPANY, INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ANNA LIEBLING, Respondent, v. HENRY A. LIBAIRE and Others, Appellants, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS, Respondent, for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law, Claim of ANN MOORE, Committee of Estate of JOHN MOORE, Appellant.— Order affirmed, with ten dollars costs and disbursements. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and Sherman, J., dissent and vote to reverse and grant priority on the ground that here the funds were deposited pursuant to the order of the court.

LEWIS LANDES, Respondent, v. PETER A. MILLER and Others, Defendants, Impleaded with ABRAM MORGAN FRUMBERG, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ALICE P. LITTLE, Respondent, v. GEORGE C. LITTLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WILKAY CORPORATION and Others, Respondents, v. THE GOLDMAN SACHS TRADING CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EVA DE PARRA, Appellant, v. ARTHUR COPPELL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

LILLY BIJUR, Respondent, v. 164 WEST SEVENTY-FIFTH STREET CORPORATION and Another, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.